Civil Action No. 2:19-cv-01542-CDB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zip Capital Group, LLC, a Delaware Company was received by me on *(date)* 03/07/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* LegalZoom.com, Inc., accepted by Melanie S., who is designated by law to accept service of process on behalf of *(name of organization)* Zip Capital Group, LLC, a Delaware Company on *(date)* 03/08/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 03/11/2019

*Server's signature*

David C. Luce
*Printed name and title*

501 W. Glenoaks Blvd. #27 Glendale, CA 91202
818-572-5086
Los Angeles County #2014059259
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served were:
Civil Cover Sheet, Notice to Parties-Mandatory Initial Discovery Pilot Project, General Order 17-08