Thomas P. Burke, II (SBN 009631)
tburke@udalllaw.com
UDALL LAW FIRM, LLP
2198 E. Camelback Rd., Suite 375
Phoenix, AZ 85016
Telephone: (602)222-4848
Facsimile: (602)222-4858

Attorney for Defendant,
ZIP CAPITAL GROUP, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| TY KEMPTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ZIP CAPITAL GROUP, LLC,<br><br>    Defendant. | Case No. 2:19-cv-01542-DJH<br><br>**DEFENDANT'S NOTICE OF SERVICE OF MANDATORY INITIAL DISCLOSURES** |

Defendant ZIP CAPITAL GROUP, LLC ("Defendant"), by and through counsel undersigned, hereby certify that on May 20, 2019, Defendant provided a copy of their Mandatory Initial Disclosures to:

    Avi Kaufman, Esq.
    kaufman@kaufmanpa.com
    Nathan M. Brown, Esq.
    nathan.brown@brownpatentlaw.com
    Stefan L. Coleman, Esq.
    law@stefancoleman.com

DATED: May 20, 2019

                                                  **UDALL LAW FIRM, LLP**

                                                  By: /s/ Thomas P. Burke, II
                                                      Thomas P. Burke, II
                                                      *Attorney for Defendant,*
                                                      ZIP CAPITAL GROUP, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2019, a true and accurate copy of the foregoing was served via the District Court ECF System on the following:

Avi Kaufman, Esq.
kaufman@kaufmanpa.com
Nathan M. Brown, Esq.
nathan.brown@brownpatentlaw.com
Stefan L. Coleman, Esq.
law@stefancoleman.com

Dated: May 20, 2019                         /s/ *Alexandra Carlson*
                                            Alexandra Carlson