Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN P.A.
201 S. Biscayne Blvd 28th Floor
Miami, FL 33131
Phone: 877-333-9427
Facsimile: 888-498-8946
Email: law@StefanColeman.com

Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Phone: 305-469-5881
Email: Kaufman@KaufmanPA.com

[Additional counsel appearing on signature block]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ty Kempton,** individually and on behalf of all others similar situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**Zip Capital Group, LLC,** a Delaware company,<br><br>*Defendant*. | Case No. 2:19-cv-01542-DJH<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Ty Kempton hereby gives notice that the parties have reached a settlement in principle of Plaintiff's individual claims, and respectfully requests that all

Notice of Settlement - 1

current deadlines be suspended for 30 days to allow the parties to memorialize their settlement in a written agreement.

Dated: June 18, 2019   /s/ *Nathan Brown*
Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com
*Local Counsel for Plaintiff and the putative Class*

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1072 Madison Ave. #1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman
kaufman@kaufmanpa.com
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*