# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ty Kempton,<br><br>          Plaintiff,<br><br>v.<br><br>Zip Capital Group LLC,<br><br>          Defendant. | No. CV-19-01542-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 25), filed on June 26, 2019,

**IT IS ORDERED** approving the Stipulation (Doc. 25) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 27th day of June, 2019.

Honorable Diane J. Humetewa
United States District Judge